# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:10CR00188-010 SWW | |
| OBIE M. BATTIE | | DEFENDANT |

## ORDER

The above entitled cause came on for hearing June 29, 2017 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements on the record, the Court found that defendant has violated the conditions of his supervised release without just cause and the government's superseding petition [docs #507] is *granted*.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWELVE (12) MONTHS + ONE (1) DAY* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Texarkana, Texas to be close to family and that defendant participate in mental health counseling and non-residential drug treatment during incarceration.

There will be *NO* supervised release to follow.

The defendant is remanded to custody.

IT IS SO ORDERED this 29th day of June 2017.

/s/Susan Webber Wright
United States District Judge